## U.S. DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA D. LAWSON and MICHAEL T. MEEHAN,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING INC., FIDELITY NATIONAL TITLE COMPANY, POWER DEFAULT SERVICES, INC., WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-3, ASSET BACKED CERTIFICATES, SERIES 2007-3, WELLS FARGO BANK N.A., OPTION ONE MORTGAGE CORPORATION, LENDER PROCESSING SERVICES, INC., DOCX L.L.LC, And All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud On Plaintiff's Title Thereto and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: SACV12-00247 DOC (ANX)<br><br>**JUDGMENT**<br><br>Judge:  Honorable David O. Carter<br><br>Complaint Filed:  January 31, 2012<br>Trial Date: |

On March 27, 2012, this Court granted both defendants' American Home Mortgage Servicing, Inc.; Power Default Services, Inc.; Wells Fargo Bank N.A., as

1  Trustee for Option One Mortgage Loan Trust 207-3, Asset Backed Certificates,
2  Series 2007-3, and Wells Fargo Bank N.A.'s ("Requesting Defendants") Motion to
3  Dismiss Plaintiffs' Complaint (Dkt. No. 17) as well as defendants' Docx LLLC and
4  Lender Processing Services Inc.'s (with Requesting Defendants "Defendants")
5  Motion to Dismiss Plaintiffs' Complaint (Dkt. No. 15) with leave to amend and, in
6  the event no amended complaint was timely filed, the action would be dismissed with
7  prejudice.

8  Plaintiffs failed to timely file an amended complaint. On April 24, 2012 this
9  Court denied Plaintiffs' Motion for Relief from Dismissal (Dkt. 23) based upon
10 Plaintiffs' failure to demonstrate excusable neglect and granted Requesting
11 Defendants' Request for Entry of Dismissal of Action with Prejudice Pursuant to
12 Federal Rule of Civil Procedure 41(b) (Dkt. 21).

13 Accordingly,

14 IT IS ORDERED AND ADJUDGED

15 1. That plaintiffs Pamela D. Lawson and Michael T. Meehan take nothing
16    by way of their complaint; and
17 2. That the action be, and it hereby is, dismissed with prejudice as to All
18    Defendants.

20 Dated: May 2, 2012

_David O. Carter_
David O. Carter
United States District Judge